IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH M. SHERIDAN,

    Plaintiff,

v.

                                                  Case No. 19-cv-871-jdp

WISCONSIN CENTRAL, LTD.,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Joseph M. Sheridan against defendant Wisconsin Central, Ltd. in the amount of $250,000.

Approved as to form this 18TH day of November, 2021.

_____
James D. Peterson
District Judge

_____                    11/18/21
Peter Oppeneer                                  Date
Clerk of Court